LEXINGTON LAW GROUP
Eric Somers, State Bar No. 139050
Ryan Berghoff, State Bar No. 308812
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
esomers@lexlawgroup.com
rberghoff@lexlawgroup.com

Attorneys for Plaintiff
JEFFREY FREEMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FREEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDOCHINO APPAREL, INC.; INDOCHINO APPAREL (US), INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-04539-YGR<br>Assigned to Hon. Yvonne Gonzales Rogers<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii), hereby stipulate pursuant to an agreement between the parties to the
3  Dismissal With Prejudice of this action.

Dated:   December 2, 2020         SHOOK, HARDY & BACON L.L.P.

By: /s/
   Tammy B. Webb (State Bar No. 227593)
   Matthew F. Williams (State Bar No. 323775)
   SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2600
   San Francisco, CA 94104
   Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
   tbwebb@shb.com
   mfwilliams@shb.com

   Attorneys for Defendants INDOCHINO
   APPAREL, INC. and INDOCHINO APPAREL
   (US) INC.

Dated:   December 2, 2020         LEXINGTON LAW GROUP

By: /s/
   Eric Somers (State Bar No. 139050)
   Ryan Berghoff (State Bar No. 308812)
   LEXINGTON LAW GROUP
   503 Divisadero Street
   San Francisco, CA 94117
   Telephone (415) 913-7800
   Facsimile (415) 759-4112
   esomers @lexlawgroup.com
   rberghoff@lexlawgroup.com

   Attorneys for Plaintiff
   JEFFREY FREEMAN

**IT IS SO ORDERED.**

DATED: _____          _____
                                Hon. Yvonne Gonzales Rogers
                                United States District Judge