1  LEXINGTON LAW GROUP
   Eric Somers, State Bar No. 139050
2  Ryan Berghoff, State Bar No. 308812
   503 Divisadero Street
3  San Francisco, CA  94117
   Telephone: (415) 913-7800
4  Facsimile:  (415) 759-4112
   esomers@lexlawgroup.com
5  rberghoff@lexlawgroup.com

6  Attorneys for Plaintiff
   JEFFREY FREEMAN
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JEFFREY FREEMAN, on behalf of himself and | Case No. 4:19-cv-04539-YGR
     all others similarly situated,              | Assigned to Hon. Yvonne Gonzales
12 |                                              | Rogers
                   Plaintiff,
13 |                                              | **JOINT STIPULATION AND ORDER
         v.                                      | FOR DISMISSAL WITH
14 |                                              | PREJUDICE**
     INDOCHINO APPAREL, INC.; INDOCHINO
15 | APPAREL (US), INC.; and DOES 1 through 100,
     inclusive,
16 |
                   Defendants.
17

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii), hereby stipulate pursuant to an agreement between the parties to the
3  Dismissal With Prejudice of this action.

| Dated: December 2, 2020 | SHOOK, HARDY & BACON L.L.P. |
|---|---|
| | By: /s/ *Tammy B. Webb* |
| | Tammy B. Webb (State Bar No. 227593) |
| | Matthew F. Williams (State Bar No. 323775) |
| | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2600 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 544-1900 |
| | Facsimile: (415) 391-0281 |
| | tbwebb@shb.com |
| | mfwilliams@shb.com |
| | |
| | Attorneys for Defendants INDOCHINO APPAREL, INC. and INDOCHINO APPAREL (US) INC. |
| Dated: December 2, 2020 | LEXINGTON LAW GROUP |
| | By: /s/ *Eric Somers* |
| | Eric Somers (State Bar No. 139050) |
| | Ryan Berghoff (State Bar No. 308812) |
| | LEXINGTON LAW GROUP |
| | 503 Divisadero Street |
| | San Francisco, CA 94117 |
| | Telephone (415) 913-7800 |
| | Facsimile (415) 759-4112 |
| | esomers @lexlawgroup.com |
| | rberghoff@lexlawgroup.com |
| | |
| | Attorneys for Plaintiff |
| | JEFFREY FREEMAN |

**IT IS SO ORDERED.**

DATED: _____    _____
                                                    Hon. Yvonne Gonzales Rogers
                                                    United States District Judge