1  LEXINGTON LAW GROUP
Eric Somers, State Bar No. 139050
2  Ryan Berghoff, State Bar No. 308812
503 Divisadero Street
3  San Francisco, CA  94117
Telephone: (415) 913-7800
4  Facsimile:  (415) 759-4112
esomers@lexlawgroup.com
5  rberghoff@lexlawgroup.com

6  Attorneys for Plaintiff
JEFFREY FREEMAN
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JEFFREY FREEMAN, on behalf of himself and all others similarly situated,<br><br>12<br><br>    Plaintiff,<br>13<br>    v.<br>14<br>INDOCHINO APPAREL, INC.; INDOCHINO<br>15  APPAREL (US), INC.; and DOES 1 through 100, inclusive,<br>16<br>    Defendants.<br>17 | Case No. 4:19-cv-04539-YGR<br>Assigned to Hon. Yvonne Gonzales Rogers<br><br>**ORDER GRANTING<br>JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

18

19

20

21

22

23

24

25

26

27

28

1    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil

2  Procedure 41(a)(1)(A)(ii), hereby stipulate pursuant to an agreement between the parties to the

3  Dismissal With Prejudice of this action.

4

5    Dated:    December 2, 2020        SHOOK, HARDY & BACON L.L.P.

6                        By:  /s/ *Tammy B. Webb*
                            Tammy B. Webb (State Bar No. 227593)
7                           Matthew F. Williams (State Bar No. 323775)
                            SHOOK, HARDY & BACON L.L.P.
8                           One Montgomery, Suite 2600
                            San Francisco, CA 94104
9                           Telephone: (415) 544-1900
                            Facsimile: (415) 391-0281
10                          tbwebb@shb.com
                            mfwilliams@shb.com
11

12                          Attorneys for Defendants INDOCHINO
                            APPAREL, INC. and INDOCHINO APPAREL
13                          (US) INC.

14   Dated:    December 2, 2020        LEXINGTON LAW GROUP

15

16                       By:  /s/ *Eric Somers*
                            Eric Somers (State Bar No. 139050)
17                          Ryan Berghoff (State Bar No. 308812)
                            LEXINGTON LAW GROUP
18                          503 Divisadero Street
                            San Francisco, CA 94117
19                          Telephone (415) 913-7800
                            Facsimile (415) 759-4112
20                          esomers @lexlawgroup.com
                            rberghoff@lexlawgroup.com
21
                            Attorneys for Plaintiff
22                          JEFFREY FREEMAN

**IT IS SO ORDERED.**
23

24

25  DATED:  December 10, 2020        _____
                            Yvonne Gonzales Rogers
26                          United States District Judge

27

28

- 1 -